NYS2d 422]—Motion for leave to appeal to the Court of Appeals granted. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

■ MARY ANN ANDERSON, Appellant, v NOTTINGHAM VILLAGE HOMEOWNER'S ASSOCIATION, INC., Respondent and Third-Party Plaintiff. PAV'S PAINTING & HOME IMPROVEMENTS et al., Third-Party Defendants-Respondents. [833 NYS2d 422]—Motion and cross motion for reargument denied. Present—Martoche, J.P., Smith, Centra and Green, JJ.

■ INNOVATIVE TRANSMISSION & ENGINE COMPANY, LLC, et al., Appellants, v RICHARD S. MASSARO, JR., et al., Respondents. [833 NYS2d 422]—Motion for reargument denied. Present—Martoche, J.P., Smith, Centra and Green, JJ.

■ ELIZABETH ALDEN, Appellant, v ST. JOSEPH'S HOSPITAL HEALTH CENTER, Respondent. [833 NYS2d 422]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Lunn, JJ.

■ In the Matter of ELIJAH TEZENO, Petitioner, v CITY OF WATERTOWN et al., Respondents. [833 NYS2d 422]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Centra, Lunn and Fahey, JJ.

■ In the Matter of JACQUELINE B., Respondent, v NORMAN E.G., Appellant. (Appeal No. 1.) [833 NYS2d 422]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.

■ MICHAEL DOYLE et al., Appellants, v BARDEN AND ROBESON CORPORATION et al., Defendants, and PAUL J. GAME CONSTRUCTION et al., Respondents. (Appeal No 1.) MICHAEL DOYLE et al., Appellants, v BARDEN AND ROBESON CORPORATION et al., Defendants, and DEREK SMITH et al., Respondents. (Appeal No. 2.) MICHAEL DOYLE et al., Appellants, v BARDEN AND ROBESON CORPORATION, Respondent, et al., Defendants. (Appeal No. 3.) MICHAEL DOYLE et al., Appellants, v BARDEN AND ROBESON CORPORATION et al., Defendants and MILO CORPORATION, Respondent. (Appeal No. 4.) MICHAEL DOYLE et al., Appellants, v BARDEN AND ROBESON CORPORATION et al., Respondents. (Appeal No. 5.) [833 NYS2d 422]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.

■ CORN HILL LANDING, L.L.C., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 111324.) [832 NYS2d 833]—Motion